COMPLAINT by a PRISONER UNDER THE CIVIL RIGHTS ACT. 42 U.S.C 1983

E-filing

NAME  WEAVER      WILLIE
      (LAST)     (FIRST)    (INITIAL)

PRISONER NUMBER   J-91389

INSTITUTIONAL ADDRESS  PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY CA. 95531.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 1792 JW (PR)

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

VS.

WARDEN, ASSIST WARDEN, LIEUTENANT, SERGEANT, CORRECTIONAL OFFICERS THIRD WATCH INMATES CELL 204  03/18/08
(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

CASE NO. _____
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED..)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISSMISS ANY UNEXHAUSTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT P.S.U
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓)  NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

-1-

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.
1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU? YES ( ) NO (✗)
F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE.
EXPLAIN WHY. STILL BEING PROCESSED

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS, DO THE SAME FOR ADDITIONAL PLAINTIFF, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.
B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT. PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531. WARDEN, ASSIST WARDEN, CAPTAIN, LIEUTENANT, SERGEANT, CORRECTIONAL OFFICERS THIRD WATCH 03/18/08 INMATES IN A-SECTION ALSO CELL 204

COMPLAINT - 2 -

STATEMENT OF CLAIM
STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE, BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW EACH TO INCLUDE DATES, WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES, IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

DEFENDANT'S HARRASSED, THREATING PLAINTIFF, CELL 204 CALLING PLAINTIFF NAMES, THREATING PLAINTIFF, WHITES MEXICAN'S, IN SECTION A CALLING PLAINTIFF THE -N- WORD THIS SUPPOSE TO BE THE QUIET SECTION. DEFENDANT'S SHOWED DELIBERATE INDIFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT.

IV. RELIEF
YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS, CITE NO CASES OR STATUTES.

LIABILITY DAMAGES: 50.000 FIFTY THOUSAND DOLLARS DUE TO: HARRASSMENT(S), THREATING, CONSPIRACY CONSTITUTION VIOLATIONS
PUNITIVE DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

SIGNED THIS __03__ DAY OF __19__ 2008

COMPLAINT         - 3 -

