**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE EUGENE WEAVER,                )
                                     )        No. C 08-01792 JW (PR)
            Plaintiff,               )
                                     )        JUDGMENT
        vs.                          )
                                     )
WARDEN, et al.,                      )
                                     )
            Defendants.              )
                                     )
_____    )

        Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42

U.S.C. § 1983.  Plaintiff did not pay the full filing fee or apply for leave to proceed

in forma pauperis, so on April 3, 2008, this Court's clerk sent him a notice that he

must either pay the full filing fee or file an in forma pauperis application within

thirty days or the case would be dismissed.  The deadline has since passed, and

plaintiff has not complied.

        For the foregoing reasons, this case is DISMISSED without prejudice.

Judgment is entered accordingly.  The clerk shall close the file.

DATED: ____7/9/2008_____

                                        _____
                                        JAMES WARE
                                        United States District Judge

Judgment
P:\PRO-SE\SJ.JW\CR.08\Weaver01792_judgment.def-ifp.wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

                Plaintiff,

    v.

WARDEN, et al.,

                Defendants.

_____/

Case Number: CV08-01792 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____ 7/9/2008 _____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Eugene Weaver J-91389
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000

Dated: _____ 7/9/2008 _____

                Richard W. Wieking, Clerk
            /s/ By: Elizabeth Garcia, Deputy Clerk